**Order entered October 31, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00677-CV**

**JAMES ALAN BARNES, INDIVIDUALLY AND NEXT FRIEND OF E.B., A MINOR, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF C.A.B, DECEASED, AND MIRTHA BARNES, INDIVIDUALLY AND NEXT FRIEND OF E.B., A MINOR Appellants**

**V.**

**FREEDOM POWERSPORTS, L.L.C., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-07429**

**ORDER**

The reporter's record in this cause is overdue. By postcard dated August 10, 2022, we notified the Official Court Reporter for the 44th Judicial District Court that the reporter's record was overdue and directed her to file, within thirty days, (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellants had not requested the record. When the reporter had not complied by September 27, 2022, we again notified her the record was overdue

and ordered her to file the record or requested verification no later than October 12, 2022.  To date, the reporter has not complied.

This appeal cannot proceed until the issue of the reporter's record is resolved.  Accordingly, we **ORDER** the reporter, Janet Saavedra, to file the record or requested verification **NO LATER THAN November 15, 2022.**  We expressly **CAUTION** Ms. Saavedra that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Ashley Wysocki, Presiding Judge of the 44th Judicial District Court; Ms. Saavedra; and, the parties.

/s/    KEN MOLBERG
        JUSTICE